UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD B. SPENCER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>N. HERNANDEZ and CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION,<br><br>　　　　Defendants. | Case No.  1:23-cv-00397-ADA-HBK (PC)<br><br>CLERK TO CLOSE CASE BASED UPON PLAINTIFF'S VOLUNTARY DISMISSAL UNDER FED. R. CIV. P. 41 (a)(1)(A)(i)<br><br>(Doc. No. 16) |

　　　　On September 18, 2023, the Plaintiff filed a Notice of Voluntary Dismissal Without Prejudice. (Doc. No. 16, "Notice").  The Notice, signed and dated by Plaintiff on September 13, 2023, seeks to "dismiss this entire action without prejudice, including all causes of action, pursuant to Federal Rule of Civil Procedure § 41(a)(1)." (*Id*.).  The Notice follows the undersigned's September 6, 2023 Findings and Recommendations. (Doc. No. 15).  The district court has not yet adopted the Findings and Recommendation.  Because no defendant has been served and no answer nor motion for summary judgment has been filed, Plaintiff may voluntarily dismiss this action by operation of law without further order from the Court.  Fed. R. Civ. P. 41(a)(1)(A)(i).

　　　　///

ACCORDINGLY:

The Clerk of Court is directed to vacate all deadlines and CLOSE this case to reflect Plaintiff's Notice of Voluntary Dismissal without prejudice consistent with Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: September 28, 2023

*[signature]*
HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE